R. PETERSON v. A. S. JOHNSON.

A judgment rendered in 1866 by a mayor exercising the civil jurisdiction of a justice of the peace was appealed by *certiorari* to the District Court in the same year, and in 1872 judgment by that court was rendered against the defendant, who appealed to this court. *Held*, that under the 12th Section of the Act of August 13th, 1870, the judgment of the District Court is final, and therefore the appellee's motion to dismiss the appeal is sustained.

APPEAL from Lamar. Tried below before the Hon. R. H. Taylor.

The head-note indicates the material facts.

*Dohoney & Hale*, for the appellee, moved to dismiss the appeal, contending that Section 12 of the Act of August 13th, 1870, was applicable to causes then pending in the District Courts on appeals from justices of the peace; but further insisting that in any view of the present case, no appeal lies to this court, inasmuch as the law in force in 1866 provided, in like manner with the Act of 1870, that judgments of the District Courts should be final in such cases.

*W. B. Wright*, for the appellant, resisting the motion to dismiss, urged that the provisions of the Act of 1870 relied on by the appellee were unconstitutional; that Section 3 of Article 5 of the Constitution enlarged the right of appeal, and it was not competent for the Legislature to deny it. Counsel also insisted that a retroactive operation could not be given to the Act of 1870, so as to make it applicable to the present case; citing Smith's Commentaries, 290 *et seq*.; 4 Kent, 228; 1 Kent, 501; Smith's Commentaries, 679 and 880.

WALKER, J. The appeal in this case is from the judgment of the District Court in a cause appealed to that court from a

justice of the peace; and, under the 12th Section of the Act of August, 1870, the motion to dismiss the appeal to this court is sustained.

Appeal dismissed.